# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :
                          :
VS.                       :     CRIMINAL NO. 3:02 CR 361 (PCD)
                          :
RICHARD BRONSON           :

## <u>ORDER OF DISMISSAL</u>

On January 7, 2004, defendant Richard Bronson was sentenced and

Judgment was entered.

IT IS HEREBY ORDERED that all remaining Counts of the  Indictment

and Superseding Indictment be dismissed as to defendant Richard Bronson in the

above captioned case.

SO ORDERED.

Dated at New Haven, Connecticut, this 28th day of September, 2006.


/s/_____
Peter C. Dorsey, Senior
U.S. District Judge