AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Richard D. Bronson ) | Case No: 3:02CR00361 (PCD) |
| ) | USM No: 14962-014 |
| Date of Previous Judgment: January 7, 2001 ) | Ira B. Grudberg, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __78__ months **is reduced to** __Time Served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  __27__          Amended Offense Level:  __25__
Criminal History Category:  __I__         Criminal History Category:  __I__
Previous Guideline Range:  __70__ to __87__ months   Amended Guideline Range:  __57__ to __71__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __1/7/2001__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  March 10, 2008                                /s/
                                                      Judge's signature

Effective Date:  March 20, 2008                  Peter C. Dorsey, Senior U.S. District Judge
       (if different from order date)                    Printed name and title